**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6373**

---

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

GLENN TYRONE HAGGINS,

                                        Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior District Judge.  (CR-91-429-A)

---

Submitted:  October 4, 2001          Decided:  October 11, 2001

---

Before NIEMEYER, LUTTIG, MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Glenn Tyrone Haggins, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Glenn Tyrone Haggins seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Haggins, No. CR-91-429-A (E.D. Va. Nov. 1, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2